IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

STEPHANIE S.,
Plaintiff,

Civil No. 2:26-CV-11252

v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,
Defendant.
______________________________________/

MAGISTRATE JUDGE STAFFORD

**STIPULATION TO REMAND TO THE COMMISSIONER**

The parties hereby jointly move the Court to reverse and remand this case for further proceedings, pursuant to sentence four of 42 U.S.C. § 405(g), and enter judgment in favor of Plaintiff.

Should the Court grant the joint motion to remand, per the Sixth Circuit's recent decision in *Follen v. Comm'r of Soc. Sec.*, -- F.4th --, 2026 WL 381021 (6th Cir. 2026), it should articulate that it is reversing and remanding for further administrative proceedings under sentence four of 42 U.S.C. § 405(g) and specify the merits errors that ground it. The parties agree that this Court should enter judgment reversing and remanding to the agency for further administrative proceedings based on deficits in the ALJ's evaluation of the opinion evidence and whether Plaintiff's impairments medically equaled a listing.

On remand, the Appeals Council will instruct the ALJ to evaluate whether Plaintiff's migraines medically equal Listing 11.02, give further consideration to the medical source opinion, offer Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

WHEREFORE, the parties request that this Court order remand of this case pursuant to the fourth sentence of 42 U.S.C. § 405(g) and enter judgment pursuant to Federal Rule of Civil Procedure 58.

Respectfully submitted,

JEROME F. GORGON, JR.
United States Attorney

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
Lisa.g.smoller@ssa.gov[1]

---

[1] Of Counsel: Zak Toomey, Assistant United States Attorney, 211 Fort Street, Suite 2001, Detroit, MI 48226, MO 61618.

/s/ Nicole M. Winston[2]
Nicole M. Winston
Rowling, Partipilo &
Winston, P.C.
701 Huron Ave.
Port Huron, MI 48060
(810) 985-7700
nicole@rpw-law.com

---

[2] Signed with consent obtained by email by Special Assistant United States Attorney Lisa Smoller, received on November 17, 2026.

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2026, the foregoing document was electronically filed with the Clerk of the Court using the ECF system.

I further certify that the undersigned emailed an encrypted copy of the document to Nicole Winston at nicole@rpw-law.com

/s/ Lisa G. Smoller
Lisa G. Smoller
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
(617) 565-4279
Lisa.g.smoller@ssa.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

STEPHANIE S.,
Plaintiff,

v.

Civil No. 2:26-CV-11252

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,
Defendant.

MAGISTRATE JUDGE STAFFORD

_______________________________________/

**ORDER REMANDING CASE UNDER SENTENCE FOUR PER PARTIES' STIPULATION**

The parties' Stipulation to Remand to the Commissioner is granted, and this case is reversed and remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

This Court hereby enters a judgment, reversing the Commissioner's decision under sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§ 405(g), with remand of the cause to the Commissioner for further administrative proceedings. This case is being remanded on the merits to permit the Administrative Law Judge to give further evaluation to the opinion evidence and whether Plaintiff's impairments medically equal a listing. On remand, the Administrative Law Judge will evaluate whether Plaintiff's migraines medically equal Listing 11.02, give further consideration to the medical source opinion, offer

Plaintiff the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

s/Elizabeth A. Stafford
Elizabeth A. Stafford
United States Magistrate Judge

Dated: November 17, 2026