IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

STEPHANIE S.,
Plaintiff,

Civil No. 2:26-CV-11252

v.

FRANK BISIGNANO,
COMMISSIONER
OF SOCIAL SECURITY,

MAGISTRATE JUDGE STAFFORD

Defendant.
_______________________________________/

**J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REVERSED AND REMANDED to the Commissioner of Social Security for further proceedings in accordance with that order.

s/Elizabeth A. Stafford__________
Hon. Elizabeth A. Stafford
United States Magistrate Judge

Dated: November 17, 2026